Henry GABBARD, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Oct. 16, 1959.

Charles C. Smith, Manchester, for appellant.

Jo M. Ferguson, Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Henry Gabbard has made a motion to appeal his conviction of selling whisky in local option territory for which he was sentenced to thirty days in jail and fined $100.

We have carefully reviewed the record and conclude that the indictment charged a specific offense and that there was sufficient evidence of identification to constitute a jury question.

The motion for an appeal is overruled, and the judgment is affirmed.